The People of the State of New York, Respondent, v. William Wagner, Appellant.— Motion denied for want of power, the State Commissioner of Excise not being a party to this proceeding. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Fannie Ronca, an Infant, etc., Respondent, v. Wendell & Evan Company, Appellant.— The answering affidavit of appellant fails to comply with the special rule of this court, adopted October 4, 1910. The decision of this motion will be withheld for one week. If within three days the appellant pays ten dollars costs, and submits an affidavit in accordance with such rule, the motion will be considered on its merits. (See *Schorr* v. *Weisfeld*, 163 App. Div. 899; *Deegan* v. *Newton*, Id. 961.) Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Giovanni C. Ronca, Respondent, v. Wendell & Evan Company, Appellant.— The answering affidavit of appellant fails to comply with the special rule of this court, adopted October 4, 1910. The decision of this motion will be withheld for one week. If within three days the appellant pays ten dollars costs, and submits an affidavit in accordance with such rule, the motion will be considered on its merits. (See *Schorr* v. *Weisfeld*, 163 App. Div. 899; *Deegan* v. *Newton*, Id. 961.) Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.)

Harry Sherman, Appellant, v. Theodore Aubke, Respondent.— Motion granted, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Morris Schneider, Respondent, v. William W. Farley, as State Commissioner of Excise, etc., Appellant.— Motion for reargument granted, with leave to appellant to apply to this court for permission to file exceptions *nunc pro tunc.* Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Hyman Suss, Respondent, v. William W. Farley, as State Commissioner of Excise, etc., Appellant.— Motion for reargument granted, with leave to appellant to apply to this court for permission to file exceptions *nunc pro tunc.* Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

Minnie R. Vickers, as Administratrix, etc., Respondent, v. Midtown Contracting Company, Inc., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ.

C. Ludwig Baumann & Company, Brooklyn, Respondent, v. Amelia Baumann and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

George Carrizzo, Respondent, v. New York, Susquehanna and Western Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ.